

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, and has informed appellant of his right to review the record and file his own brief. S*ee Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Appellant's court-appointed attorney has also filed a motion on appellant's behalf asking that appellant be provided a free copy of the appellate record for purposes of preparing a pro se brief and that the time for filing this pro se brief be extended to thirty days from the date appellant receives the appellate record. We GRANT appellant's motion as follows: the District Clerk of Kendall County is ORDERED to prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for trial court cause number 5481 to appellant at TDCJ #01925996, William P. Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606 on or before **January 5, 2015**. We further ORDER the District Clerk of Kendall County to file written proof with this court on or before **January 8, 2015** that he has complied with this order. Appellant's *pro se* brief is due **February 17, 2015**.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

